|   |   |
|---|---|
| 1 | |
| 2 | THE HONORABLE RICHARD A. JONES |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN WAYNE LARSON, | |
| Plaintiff, | CASE NO. C11-938 RAJ |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

This matter comes before the court on the Report and Recommendation ("R&R") (Dkt. # 14) of the Honorable Mary Alice Theiler, United States Magistrate Judge, along with defendant's objection (Dkt. # 15) to the R&R and plaintiff's response (Dkt. # 16). The R&R recommends that the court remand this matter for further administrative proceedings. The court has made a de novo determination of the portions of the R&R specified by defendant. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b)(3). Having reviewed the record, including the Administrative Record, the memoranda of the parties, the R&R, the objections to the R&R, and the response, the court ADOPTS the R&R for

1  all the reasons provided by Judge Theiler.[1]  The court REMANDS this matter for further
2  administrative proceedings consistent with Judge Theiler's R&R.  The Clerk shall deliver
3  a copy of this order to Judge Theiler.
4        Dated this 24th day of September, 2012.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

---

[1] The court amends the R&R to correct a typographical error on page 23 at line 7 to read: "However, the Court finds remand appropriate given the existence . . . ."  Dkt. # 14 at 23:7.